SEYFARTH SHAW LLP
Julia N. Sarnoff (SBN 288531)
jsarnoff@seyfarth.com
975 F St. N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Attorneys for Defendants
ESKANDER SARRAF, BRIGITTE W. SARRAF,
and VIVE SOL, INC.

**GRANTED**

Judge Yvonne Gonzalez Rogers

7/24/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 4:18-cv-02977-YGR |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | *Complaint Filed: May 21, 2018* |
| **Eskander Sarraf**, in individual and representative capacity as trustee of the Eskander Sarraf and Brigitte W. Sarraf Revocable Living Trust; **Brigitte W. Sarraf**, in individual and representative capacity as trustee of the Eskander Sarraf and Brigitte W. Sarraf Revocable Living Trust; **Vive Sol, Inc.**, a California Corporation; and Does 1-10, | *Complaint Served: May 30, 2018 (Vive Sol, Inc.); May 31, 2018 (Eskander Sarraf and Brigitte W. Sarraf)* |
| | *Current Response Date: July 20, 2018* |
| | *New Response Date: August 3, 2018* |
| Defendants. | |

Plaintiff Scott Johnson ("Plaintiff") and Defendants Eskander Sarraf, Brigitte W. Sarraf, and Vive Sol, Inc. ("Defendants") jointly stipulate to extend the time for Defendants to respond to the Complaint from July 20, 2018 August 3, 2018.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order. This stipulation is made in good faith and not for the purpose of causing unwarranted delay. The parties are actively discussing settlement, and require additional time to consider settlement options. This is Defendants' second request for an extension.

IT IS SO STIPULATED.

DATED: July 19, 2018                SEYFARTH SHAW LLP


By  */s/ Julia N. Sarnoff*
         Julia N. Sarnoff

Attorneys for Defendants
ESKANDER SARRAF, BRIGITTE W. SARRAF, and VIVE SOL, INC.

DATED: July 19, 2018                CENTER FOR DISABILITY ACCESS


By  */s/ Chris Carson*
         Chris Carson

Attorneys for Plaintiff
SCOTT JOHNSON

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

I, Julia N. Sarnoff, attest that concurrence in the filing of this stipulation has been obtained from the signatory Chris Carson, counsel for Plaintiff.

DATED: July 19, 2018

SEYFARTH SHAW LLP

By: /s/ *Julia N. Sarnoff*
Julia N. Sarnoff

Attorneys for Defendants
ESKANDER SARRAF, BRIGITTE W. SARRAF, and VIVE SOL, INC.