1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   JULIA N. SARNOFF (SBN: 288531)
8  jsarnoff@seyfarth.com
   SEYFARTH SHAW LLP
9  975 F St. N.W.
   Washington, DC 20004
10 Telephone: (202) 463-2400
   Facsimile: (202) 828-5393
11 Attorney for Defendants
   Eskander Sarraf, Brigitte W. Sarraf and Vive Sol, Inc.
12

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

9/11/18

13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA

15 | SCOTT JOHNSON,                          | Case: 4:18-CV-02977-YGR
16 |         Plaintiff,                       |
17 | v.                                       | **JOINT STIPULATION FOR**
18 | ESKANDER SARRAF, in                      | **DISMISSAL PURSUANT TO**
   | individual and representative            | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
   | capacity as trustee of the Eskander      |
19 | Sarraf and Brigitte W. Sarraf            |
   | Revocable Living Trust;                  |
20 | BRIGITTE W. SARRAF, in                   |
   | individual and representative            |
21 | capacity as trustee of the Eskander      |
   | Sarraf and Brigitte W. Sarraf            |
22 | Revocable Living Trust;                  |
   | Vive Sol, Inc., a California             |
23 | Corporation; and Does 1-10,              |
24 |         Defendants.                      |

25
26
27
28

                              1

## <u>STIPULATION</u>

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 7, 2018        CENTER FOR DISABILITY ACCESS


                                By: <u>/s/ Phyl Grace</u>
                                    Phyl Grace
                                    Attorneys for Plaintiff


Dated: September 7, 2018        SEYFARTH SHAW LLP


                                By: <u>/s/ Julia N. Sarnoff</u>
                                    Julia N. Sarnoff
                                    Attorney for Defendants
                                    Eskander Sarraf, Brigitte W. Sarraf
                                    and Vive Sol, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Julia N. Sarnoff, counsel for Eskander Sarraf, Brigitte W. Sarraf and Vive Sol, Inc., and that I have obtained Ms. Sarnoff's authorization to affix her electronic signature to this document.


Dated: September 7, 2018      CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff